United States District Court

Eastern District of California

-oOo-

Mark Lee Stinson,

       Plaintiff,

vs.

Doyle,

       Defendant.

No. Civ. S 05-0361 FCD PAN P

Order

February 23, 2005, plaintiff, a state prisoner at the California Medical Facility - Vacaville, moved the court to extend the time to file a state tort claim in light of problems in gaining access to the law library.

March 10, 2005, the court informed plaintiff that to commence an action he needed to file a complaint and pay the $250.00 filing fee or seek leave to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a), 1915(a). The court provided plaintiff

forms for a civil rights complaint and in forma pauperis application.

April 5, 2004, plaintiff filed a motion to proceed in forma pauperis, but not on the form provided by the court.  Plaintiff states he is "indigent" and "cannot afford the filing fee" but fails to provide details supporting those conclusions.

Title 28 of the United States Code, § 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined."  Plaintiff's motion to proceed in forma pauperis does not include the trust account statement required by 28 U.S.C. § 1915(a)(2).

May 16, 2005, plaintiff filed a complaint which, including exhibits, measures over 70 pages in length and names 15 defendants, alleging a vast conspiracy by defendant Doyle to harass and punish plaintiff in various ways in retaliation for plaintiff's grievance against Doyle.  It is unclear whether plaintiff intends to allege Eighth Amendment violations, and if so against whom.  The complaint does not reflect that any claims have been administratively exhausted.  Plaintiff's complaint does

not comply with Fed. R. Civ. P. 8 and likely will be dismissed in any event.

As a preliminary matter, however, this action will not commence until plaintiff pays the filing fee or submits an application to proceed in forma pauperis that meets statutory requirements.

Accordingly, the court hereby orders that:

1. The Clerk of Court shall send plaintiff an application to proceed in forma pauperis.

2. Within 20 days, plaintiff shall submit the application along with the trust account statement required by § 1915(a)(2). Otherwise this file will be closed.

Dated: June 29, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge