United States District Court

Eastern District of California

Mark Lee Stinson,

      Plaintiff,

vs.

Doyle, et al.,

      Defendants.

No. Civ. S 05-0361 FCD PAN P

Order

-oOo-

July 14, 2005, plaintiff moved for leave to amend his complaint. Amendment is as of right where no defendant has served an answer. Plaintiff's motion is granted.

May 16, 2005, plaintiff moved for a preliminary injunction. The motion is denied without prejudice because it relates to superseded pleading. Plaintiff may move for a preliminary injunction based on allegations in the July 22, 2005, amended complaint.

Plaintiff has not complied with the court's June 30, 2005,

order to submit an application to proceed in forma pauperis.  The court will give plaintiff one last chance.  If he does not submit a completed application with the required certification within 10 days this case will be closed.

So ordered.

Dated:  November 17, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge