United States District Court

Eastern District of California

Mark Lee Stinson,

     Plaintiff,                   No. Civ. S 05-0361 FCD PAN P

  vs.                             Order

Doyle, et al.,

     Defendants.

-oOo-

    January 4, 2006, plaintiff requested an extension of time to file a second amended complaint.  Good cause appearing, plaintiff's request is granted and time is extended until 30 days from the date this order is signed.

    So ordered.

    Dated:  January 10, 2006.

                                       /s/ Peter A. Nowinski
                                       PETER A. NOWINSKI
                                       Magistrate Judge