United States District Court

Eastern District of California

Mark Lee Stinson,

       Plaintiff,                  No. Civ. S 05-0361 FCD PAN P

  vs.                           Order

Doyle, et al.,

       Defendants.

-oOo-

    Good cause appearing, time for plaintiff to submit an amended complaint is extended until 30 days from the date this order is signed.

    So ordered.

    Dated:  February 9, 2006.

                                /s/ Peter A. Nowinski
                                PETER A. NOWINSKI
                                Magistrate Judge