IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK LEE STINSON,

    Plaintiff,                      No. CIV S-05-0361 FCD PAN P

    vs.

DOYLE, et al.,

    Defendants.               ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed December 20, 2005, plaintiff's complaint was dismissed with leave to file an amended complaint. On March 28, 2006, plaintiff filed an amended complaint.

        On May 5, 2006, plaintiff filed a document styled as a memorandum in support of plaintiff's amended complaint and on May 19, 2006, plaintiff filed documents titled "exhibits." It is unclear whether plaintiff intends his "memorandum" to serve as a further amended complaint, however, it is clear that plaintiff seeks to augment his amended complaint with this "memorandum" and also with his "exhibits." Local Rule 15-220 provides, in relevant part:

> Unless prior approval to the contrary is obtained from the court, every pleading to which a ... supplement is permitted as a matter of right ... shall be retyped and filed so that it is complete in itself ... . No pleading shall be deemed supplemented until this rule has been complied with. All changed pleadings shall contain copies of all exhibits referred to in the changed pleading.

1

1 For the foregoing reasons, plaintiff's amended complaint will be dismissed and plaintiff will be
2 granted leave to file a second amended complaint inclusive of any additional information
3 plaintiff wishes to add from his "memorandum" and "exhibits." Plaintiff is admonished that an
4 amended complaint must be complete in itself without reference to any prior pleading. In a
5 second amended complaint, as in an original complaint, each claim and the involvement of each
6 defendant must be sufficiently alleged.

7 On March 27, 2006, plaintiff moved for a preliminary injunction. The motion is
8 denied without prejudice because it relates to a superseded pleading. Plaintiff may move for a
9 preliminary injunction, contemporaneously with the filing of a second amended complaint, based
10 on allegations in his second amended complaint.

11 In accordance with the above, IT IS HEREBY ORDERED that:

12 1. Plaintiff's March 27, 2006, motion for a preliminary injunction is dismissed
13 without prejudice;

14 2. Plaintiff's amended complaint is dismissed; and

15 3. Plaintiff is granted thirty days from the date of service of this order to file a
16 second amended complaint that complies with the requirements of the Civil Rights Act, the
17 Federal Rules of Civil Procedure, and the Local Rules of Practice; the second amended complaint
18 must bear the docket number assigned this case and must be labeled "Second Amended
19 Complaint"; plaintiff must file an original and two copies of the second amended complaint;
20 failure to file a second amended complaint in accordance with this order will result in a
21 recommendation that this action be dismissed.

22 DATED: July 27, 2006.

_[signature]_
UNITED STATES MAGISTRATE JUDGE

26 14/stin0361.14.amd.new