1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARK LEE STINSON,

11              Plaintiff,                    No. CIV S-05-0361 FCD EFB P

12        vs.

13   DOYLE, et al.,

14              Defendants.              FINDINGS & RECOMMENDATIONS

15   _____/

16        On July 28, 2006, plaintiff's complaint was dismissed with thirty days leave to file an

17   amended complaint.  On August 30, 2006, plaintiff's request for extension of time was granted

18   and plaintiff was allowed an additional ninety days in which to file his amended complaint.  That

19   ninety day period has now expired, and plaintiff has not filed an amended complaint or otherwise

20   responded to the court's order.

21        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without

22   prejudice.  *See* Local Rule 11-110; Fed. R. Civ. P. 41(b).

23        These findings and recommendations are submitted to the United States District Judge

24   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days

25   after being served with these findings and recommendations, any party may file written

26   objections with the court and serve a copy on all parties.  Such a document should be captioned

1

1   "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

2   within the specified time may waive the right to appeal the District Court's order. *Turner v.*

3   *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

4   DATED:   December 20, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2