IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK LEE STINSON,

    Plaintiff,                    No. CIV S-05-0361 FCD EFB P

    vs.

DOYLE, et al.,

    Defendants.               <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On July 28, 2006, plaintiff's complaint was dismissed with thirty days leave to file an amended complaint. By order filed August 30, 2006, plaintiff was granted an additional ninety days in which to file his amended complaint. On December 21, 2006, this court issued findings and recommendations recommending dismissal for plaintiff's failure to file an amended complaint or request further time within which to comply. The same day, the Clerk received and filed a request for voluntary dismissal pursuant to Fed. R. Civ. P. 41. In the five months since the filing of the request, plaintiff has filed nothing further. It appears plaintiff has indeed abandoned his case and his request to dismiss without prejudice will be honored.

        Accordingly, the Clerk is directed to close the case.

Dated: May 21, 2007

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE