IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK LEE STINSON,

    Plaintiff,                      No. CIV S-05-0361 FCD EFB P

    vs.

DOYLE, et al.,

    Defendants.              <u>ORDER</u>

      /

    On May 21, 2004, this action was dismissed pursuant to plaintiff's request for voluntary dismissal. Notwithstanding the fact that this case is now closed, plaintiff filed on July 12, 2010, a request for the court to waive the remaining $90 of the filing fee that is still owed. However, plaintiff is not entitled to a refund or waiver of any funds collected by this court as a result of his own filings. Accordingly, plaintiff's request is denied.

    The court notes that it will issue no response to future filings by plaintiff in this action not authorized by the Federal Rules of Civil Procedure or Federal Rules of Appellate Procedure.

    So ordered.

Dated: July 19, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE